JAMES MORRISON, ADMINISTRATOR, ETC., RESPONDENT, *v.*
THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, APPELLANT.

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury, and from an order denying a motion for a new trial made on a case and exceptions.

The action was brought to recover for an alleged negligent killing of the plaintiff's intestate while crossing the track of the defendant. The principal question was whether or not the deceased had been guilty of contributory negligence. The General Term *held*, that

the finding of the jury was conclusive upon this point, and affirmed the judgment.

*A. P. Laning*, for the appellant.

*E. C. Sprague*, for the respondent.

Opinion by MULLIN, P. J.

Judgment and order affirmed.